Dear Clerk,

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

AUG 2 0 2025

CHRISTOPHER A. PRINE
CLERK

8-13-25

I recieved a white card in the mail letting me know an Order has been signed and entered on the 31st day of July 2025 in the 98th District Court of Travis County Texas, Per Cause No. D-1-GN-25-001988

John Eric Anderson Vs. State Of Texas
    Plaintiff,                Defendant,

On the Computer it says the 15th Court of Appeals has issued a Cause No. 15-25-00132-CV For my Case.

Could I please get a copy of the Order so I can prepare my Appeal.

Thank You...

With Respect    John Eric Anderson

John Eric Anderson #552116

Le-Blanc Unit 3 Bldg G-10-B

3695 Fm 3514

Beaumont, Texas 77705